Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

> The request for an extension of time and an adjournment of the conference is GRANTED. The conference is rescheduled to May 10 at 2 PM.
>
> SO ORDERED.
>
> *Jennifer E. Willis*
> Jennifer E. Willis
> United States Magistrate Judge
>
> April 10, 2023

**BY ECF**

Magistrate Judge Jennifer E. Willis
United States Courthouse
Southern District of New York
500 Pearl St., Room 1950
New York, NY 10007

        RE.   *Norman v. Fordwash Partners LLC, et al.*
              **22cv9881 (JLR)(JEW)**

Dear Magistrate Judge Willis:

    I represent the plaintiff, Kimmarie Norman ("Plaintiff"), in the above referenced action and submit this joint letter motion, together with counsel for Defendants Fordwash Partners LLC and Benton Heights LLC, Lewis Goldberg, to request a 30-day extension of time to file the proposed Case Management Plan ("CMP"), which is due on April 6, 2023, and an adjournment of the initial conference scheduled for April 13, 2023.

    Presently, Parties have exchanged a settlement demand and are engaging in settlement discussions. We are optimistic that we shall resolve this action without the need for discovery. Consequently, we propose a four-week extension of time to file the proposed CMP, and a corresponding four-week adjournment of the initial conference. The additional time will give parties an opportunity to attempt to find a mutual resolution to this action.

    In an effort to determine an adjourned date, parties identify the following dates where all counsel are available: May 8, 2023, May 10, 2023, May 12, 2023 after 12 PM, and May 15, 2023. Alternatively, we respectfully request parties submit a status letter to the court by April 12, 2018.

    Thank you very much for your consideration and are available to address any questions the court may have.

**Law Offices of**
**James E. Bahamonde, P.C.**

April 6, 2023
Page   - 2 -

Respectfully Submitted,

/s/ James E. Bahamonde

James E. Bahamonde, Esq.

cc:  (via ECF)
Lewis S. Goldberg, Esq.
*Attorneys for Fordwash Partners LLC and Benton Heights LLC*
Goldberg and Weinberger, LLP